WHEELER v. WHITNEY.

In trespass for an assault, a justification of the assault in self-defence is not available under the general issue.

TRESPASS, for an assault and battery. Plea, the general issue. The court gave the jury certain instructions on the subject of self-defence, to which the defendant excepted.

*Blair & Burleigh* and *Pike & Blodgett*, for the defendant.

*Carpenter* and *Fling*, for the plaintiff.

FOSTER, J. Under the pleadings in this case, the exception to the instructions of the court cannot be sustained. The justification of self-defence was not available. *Jewett* v. *Goodall*, 19 N. H. 562.

*Exception overruled.*

ALLEN, J., did not sit: the others concurred.